**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-04901 |
| | § | |
| TAUHEEDAH SHAREEF | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>02/09/2010</u>. The undersigned trustee was appointed on <u>02/09/2010</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                          $2,327.66

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2.92 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,324.74 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/12/2010 and the deadline for filing government claims was 07/12/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $581.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $581.92, for a total compensation of $581.92[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2011                    By:    /s/ Horace Fox, Jr.
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Date Filed (f) or Converted (c): | 02/09/2010 (f) |
| For the Period Ending: | 8/10/2011 | | §341(a) Meeting Date: | 03/24/2010 |
| | | | Claims Bar Date: | 07/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Cloths | $400.00 | $0.00 | DA | $0.00 | FA |
| 2   unscheduled return of retainer (u) | $0.00 | $2,326.00 | | $2,326.00 | FA |
| **Asset Notes:** retainer from Palmer Law Firm/ask to return as t'ee will be only beneficiary of these funds | | | | | |
| 3   tax refund | $1,600.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** refund scheduled on C, not on B. | | | | | |
| INT   Interest Earned (u) | Unknown | Unknown | | $1.66 | Unknown |

**TOTALS (Excluding unknown value)**                                                                     **Gross Value of Remaining Assets**

           $2,000.00            $2,326.00            $2,327.66            $0.00

**Major Activities affecting case closing:**

Small asset case based on fee return by, The Palmer law firm 800-560-8250) which was to handle a legal matter. Received and deposited check 3.2.2010.

08.01.10 4 claims filed one priority. There would be significant percentage disbursement to these creditors.

01.05.11 No tax return necessary. File any claim objections.
Examine claim 4, filed as priority claim.

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | **Current Projected Date Of Final Report (TFR):** | 09/30/2011 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1          Exhibit B

| Case No. | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1368 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $2,325.58 | | $2,325.58 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $2,324.74 |
| | | | **TOTALS:** | | $2,325.58 | $0.84 | $2,324.74 |
| | | | Less: Bank transfers/CDs | | $2,325.58 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.84 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.84 | |

| For the period of 2/9/2010 to 8/10/2011 | | For the entire history of the account between 07/25/2011 to 8/10/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,325.58 | Total Internal/Transfer Receipts: | $2,325.58 |
| | | | |
| Total Compensable Disbursements: | $0.84 | Total Compensable Disbursements: | $0.84 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.84 | Total Comp/Non Comp Disbursements: | $0.84 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-04901 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******4901 | Transfer For Bond Payment | 9999-000 | $2.08 | | $2.08 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $2.08 | $0.00 |
| | | | **TOTALS:** | | $2.08 | $2.08 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2.08 | $0.00 | |
| | | | Subtotal | | $0.00 | $2.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $2.08 | |

| For the period of 2/9/2010 to 8/10/2011 | | For the entire history of the account between 02/17/2011 to 8/10/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2.08 | Total Internal/Transfer Receipts: | $2.08 |
| | | | |
| Total Compensable Disbursements: | $2.08 | Total Compensable Disbursements: | $2.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.08 | Total Comp/Non Comp Disbursements: | $2.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | Money Market Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2010 | (2) | The Palmer Firm | deposit for legal work | 1221-000 | $2,326.00 | | $2,326.00 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,326.09 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,326.19 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,326.29 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $2,326.39 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.10 | | $2,326.49 |
| 08/08/2010 | (2) | Palmer Law Firm | retainer from Palmer Law Firm | 1221-000 | $2,636.00 | | $4,962.49 |
| 08/08/2010 | (2) | DEP REVERSE: Palmer Law Firm | reveral, because entered twice | 1221-000 | ($2,636.00) | | $2,326.49 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.10 | | $2,326.59 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.10 | | $2,326.69 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.10 | | $2,326.79 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.10 | | $2,326.89 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.10 | | $2,326.99 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.10 | | $2,327.09 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.09 | | $2,327.18 |
| 03/02/2011 | | Transfer To # ******4901 | Transfer For Bond Payment | 9999-000 | | $2.08 | $2,325.10 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.10 | | $2,325.20 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,325.30 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,325.40 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $2,325.50 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.08 | | $2,325.58 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,325.58 | $0.00 |

**SUBTOTALS** $2,327.66   $2,327.66

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | Money Market Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  | **TOTALS:** |  | $2,327.66 | $2,327.66 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $2,327.66 | |
|  |  |  | **Subtotal** |  | $2,327.66 | $0.00 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $2,327.66 | $0.00 | |

**For the period of 2/9/2010 to 8/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,327.66 |

**For the entire history of the account between 03/02/2010 to 8/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,327.66 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | Money Market Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,327.66 | $2.92 | $2,324.74 |

**For the period of 2/9/2010 to 8/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $2,327.66 |
| | |
| Total Compensable Disbursements: | $2.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.92 |
| Total Internal/Transfer Disbursements: | $2,327.66 |

**For the entire history of the case between 02/09/2010 to 8/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $2,327.66 |
| | |
| Total Compensable Disbursements: | $2.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.92 |
| Total Internal/Transfer Disbursements: | $2,327.66 |

CLAIM ANALYSIS REPORT

| Case No.: | 10-04901 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SHAREEF, TAUHEEDAH | | | | | | | | Date: | 8/10/2011 |
| Claims Bar Date: | 07/12/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | HORACE FOX JR., TRUSTEE  6 East Monroe, Suite 1004  Chicago IL 60603 | 12/26/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $581.92 | $581.92 | $0.00 | $0.00 | $0.00 | $581.92 |
| 1 | CHASE BANK USA, N.A.  PO Box 15145  Wilmington DE 198505145 | 04/24/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,897.20 | $4,897.20 | $0.00 | $0.00 | $0.00 | $4,897.20 |
| 2 | OG&E ELECTRIC SERVICES  Attn DeAnna Tipton,MC-M223  PO Box 321  Oklahoma City OK 731010321 | 04/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $102.37 | $102.37 | $0.00 | $0.00 | $0.00 | $102.37 |
| 3 | CITY OF OKLAHOMA CITY  PO Box 26570  Oklahoma City OK 731260510 | 05/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $127.93 | $127.93 | $0.00 | $0.00 | $0.00 | $127.93 |
| **Claim Notes:** | utility bill | | | | | | | | | | | |
| 4 | TRINITY CHRISTIAN COLLEGE  Perkins Loan  6601 W College Dr.  Palos Heights IL 60463 | 05/04/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $381.87 | $381.87 | $0.00 | $0.00 | $0.00 | $381.87 |
|  |  |  |  |  |  | $6,091.29 | $6,091.29 | $0.00 | $0.00 | $0.00 | | $6,091.29 |

# CLAIM ANALYSIS REPORT

| Case No. | 10-04901 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | SHAREEF, TAUHEEDAH | Date: | 8/10/2011 |
| Claims Bar Date: | 07/12/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Claims of Governmental Units - 507( | $381.87 | $381.87 | $0.00 | $0.00 | $0.00 | $381.87 |
| General Unsecured 726(a)(2) | $5,127.50 | $5,127.50 | $0.00 | $0.00 | $0.00 | $5,127.50 |
| Trustee Compensation | $581.92 | $581.92 | $0.00 | $0.00 | $0.00 | $581.92 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 10-04901
Case Name: TAUHEEDAH SHAREEF
Trustee Name: Horace Fox, Jr.

Balance on hand: $2,324.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,324.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox Jr., Trustee, Trustee Fees | $581.92 | $0.00 | $581.92 |

Total to be paid for chapter 7 administrative expenses: $581.92
Remaining balance: $1,742.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,742.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $381.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Trinity Christian College | $381.87 | $0.00 | $381.87 |

Total to be paid to priority claims: $381.87
Remaining balance: $1,360.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,127.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $4,897.20 | $0.00 | $1,299.82 |
| 2 | OG&E Electric Services | $102.37 | $0.00 | $27.17 |
| 3 | City of Oklahoma City | $127.93 | $0.00 | $33.96 |

Total to be paid to timely general unsecured claims: $1,360.95
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Case 10-04901    Doc 26    Filed 08/19/11    Entered 08/19/11 11:14:21    Desc Main
          Document      Page 13 of 13