UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:  §  Case No. 10-04901
        §
TAUHEEDAH SHAREEF  §
        §
        §
        §
        Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 S. Dearborn, Room 713, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 9/13/2011 at 10:30, in Courtroom 642, 219 S Dearborn Chicago, IL 60404 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/18/2011  By:  /s/ Horace Fox, Jr.
            (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re: § Case No. 10-04901
§
TAUHEEDAH SHAREEF §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,327.66
*and approved disbursements of* $2.92
*leaving a balance on hand of[1]:* $2,324.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,324.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox Jr., Trustee, Trustee Fees | $581.92 | $0.00 | $581.92 |

Total to be paid for chapter 7 administrative expenses: $581.92
Remaining balance: $1,742.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $1,742.82 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $381.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Trinity Christian College | $381.87 | $0.00 | $381.87 |

|  | Total to be paid to priority claims: | $381.87 |
|---|---|---|
|  | Remaining balance: | $1,360.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,127.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $4,897.20 | $0.00 | $1,299.82 |
| 2 | OG&E Electric Services | $102.37 | $0.00 | $27.17 |
| 3 | City of Oklahoma City | $127.93 | $0.00 | $33.96 |

|  | Total to be paid to timely general unsecured claims: | $1,360.95 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-04901-SPS
Tauheedah Shareef Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: vrowe      Page 1 of 2      Date Rcvd: Aug 19, 2011
                         Form ID: pdf006      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2011.

```
db          +Tauheedah Shareef,    3232 W 156th,    Markham, IL 60428-3972
15080762     ACS,    PO Box 7060,    Utica NY  13504-7060
15080756    +Bank of America,    100 North Tyron St,    Charlotte North Carolina 28255-0001
15080770    +CBE Corp office,    131 Tower Park Drive Suite 100,    Waterloo IA 50701-9374
15080758     Capital One Bank USA,    PO Box 60599,    City of Industry CA  91716-0599
15080759     Cardmember Service,    PO Box 94014,    Palatine IL  60094-4014
15466049     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15080767    +Check n Go,    7755 Montgomery Suite 400,    Cincinnati OH 45236-4197
15080813    +Citibank,    399 Park Ave,    New York NY 10022-4699
15080814    +Citifinancial,    2205 Central Ave,    Dodge City KS 67801-6222
15080760    +City of Oklahoma City,    PO Box 26570,    Oklahoma City OK 73126-0570
15080810    +First Premier Bank,    4353 South 7th st,    TCR Hsule IN 47802-4365
15080763    +Furniture Options OKC,    401 E Memorial Ste 700,    Oklahoma City OK 73114-2287
15080765     Indiana State University,    200 North 7th St,    Carsons Hall Room 100,    Terre Haute IN  77809
15080816    +Kansas Counselors Inc,    1421 N St Paul,    Wichita KS 67203-1799
15080766    +Links Apartments,    700 NE 122nd,    Oklahoma City OK 73114-8150
15080812    +Mary Mchoney Health Care,    PO Box 30589,    Oklahoma City OK 73140-3589
15080811    +Mercy Health Care,    4300 W Memorial Rd # 141,    Oklahoma City OK 73120-8362
15080769    +NCO Financial System Inc,    507 Prudential Rd,    Horsham PA 19044-2368
15080753     OG&E Electric Services,    Attn DeAnna Tipton,MC-M223,    PO Box 321,
              Oklahoma City OK  73101-0321
15080809    +PFG of Minnesota,    7825 Washington Ave Ste 310,    Minneapolis MN 55439-2424
15080815     Regional Adjustment Bureau,    7000 Goodlelt Farms Parkway,    Memphis TN  28016
15080755    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,     PO Box 4191,    Carol Stream IL  60197-4191)
15080808     Southwest Collection Service Inc,    111 E Katella Ave,   Suite 260,    Orange CA  92867
15080757    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     PO Box 5855,
              Carol Stream IL  60197-5855)
15080752     The Palmer Firm PC,    PO Box 1600,    Rancho Camenga CA  91729-1600
15080761    +Transwest Properties Inc,    PO Box 891627,    Oklahoma City OK 73189-1627
15531335    +Trinity Christian College,    Perkins Loan,    6601 W College Dr.,    Palos Heights, IL 60463-1768
15080768    +Valentine and Kebortes Inc,    PO Box 325,    Lawrence MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +E-mail/Text: HFOX@LEHMANFOX.COM Aug 20 2011 00:38:09     Horace Fox, JR,    Lehman & Fox,
              6 E Monroe St,    Chicago, IL 60603-2704
15080754    +E-mail/Text: okbankruptcies@cox.com Aug 20 2011 00:38:29     Cox Communications,
              6301 Water Ford Blvd Suite 200,    Oklahoma City OK 73118-1129
15080764     E-mail/PDF: pa_dc_claims@salliemae.com Aug 20 2011 03:27:18      Sallie Mae,   PO Box 9500,
              Wilkes Barre PA  18773-9500
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Aug 19, 2011
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2011**                    **Signature:**    _/s/ Joseph Speetjens_