**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-04901 |
| | § | |
| TAUHEEDAH SHAREEF | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $2,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,742.82 | Claims Discharged Without Payment: | $56,104.68 |
| Total Expenses of Administration: | $584.84 | | |

3) Total gross receipts of $2,327.66 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,327.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $584.84 | $584.84 | $584.84 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $381.87 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $53,060.00 | $5,127.50 | $5,127.50 | $1,742.82 |
| **Total Disbursements** | $53,060.00 | $6,094.21 | $5,712.34 | $2,327.66 |

4). This case was originally filed under chapter 7 on 02/09/2010. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2012     By:  /s/ Horace Fox, Jr.
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| unscheduled return of retainer | 1221-000 | $2,326.00 |
| Interest Earned | 1270-000 | $1.66 |
| **TOTAL GROSS RECEIPTS** | | **$2,327.66** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox Jr., Trustee, Trustee | 2100-000 | NA | $581.92 | $581.92 | $581.92 |
| International Sureties, Ltd. | 2300-000 | NA | $2.08 | $2.08 | $2.08 |
| Green Bank | 2600-000 | NA | $0.84 | $0.84 | $0.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $584.84 | $584.84 | $584.84 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Trinity Christian College | 5800-000 | NA | $381.87 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $381.87 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | NA | $4,897.20 | $4,897.20 | $1,664.54 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | OG&E Electric Services | 7100-000 | $200.00 | $102.37 | $102.37 | $34.80 |
| 3 | City of Oklahoma City | 7100-000 | $140.00 | $127.93 | $127.93 | $43.48 |
| | Bank Of America | 7100-000 | $7,000.00 | NA | NA | $0.00 |
| | Capital One Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cardmember Service | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| | CBE Corp Office | 7100-000 | $100.00 | NA | NA | $0.00 |
| | Check n Go | 7100-000 | $600.00 | NA | NA | $0.00 |
| | Citi Financial | 7100-000 | $10,000.00 | NA | NA | $0.00 |
| | Citibank | 7100-000 | $20.00 | NA | NA | $0.00 |
| | Cox Communications | 7100-000 | $100.00 | NA | NA | $0.00 |
| | First Finacial Bank | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Furniture Options | 7100-000 | $1,250.00 | NA | NA | $0.00 |
| | Indiana State University | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| | Kansas Counselors Inc | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Links Apartments | 7100-000 | $600.00 | NA | NA | $0.00 |
| | Mary Health Care | 7100-000 | $200.00 | NA | NA | $0.00 |
| | Mercy Health Care | 7100-000 | $400.00 | NA | NA | $0.00 |
| | NCo Financial | 7100-000 | $700.00 | NA | NA | $0.00 |
| | PFG of Minnesota | 7100-000 | $150.00 | NA | NA | $0.00 |
| | Regional Adjustement Bureau | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Sallie Mae | 7100-000 | $13,200.00 | NA | NA | $0.00 |
| | Sothwest Collection | 7100-000 | $600.00 | NA | NA | $0.00 |
| | Sprint | 7100-000 | $800.00 | NA | NA | $0.00 |
| | The Palmer Firm | 7100-000 | $1,700.00 | NA | NA | $0.00 |
| | Toyota finacial Services | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| | Transwest Properties Inc. | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Valentine and Kebertes Inc | 7100-000 | $4,800.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,060.00 | $5,127.50 | $5,127.50 | $1,742.82 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Date Filed (f) or Converted (c): | 02/09/2010 (f) |
| For the Period Ending: | 3/14/2012 | | §341(a) Meeting Date: | 03/24/2010 |
| | | | Claims Bar Date: | 07/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cloths | $400.00 | $0.00 | DA | $0.00 | FA |
| 2  unscheduled return of retainer (u) | $0.00 | $2,326.00 | | $2,326.00 | FA |
| **Asset Notes:** retainer from Palmer Law Firm/ask to return as t'ee will be only beneficiary of these funds | | | | | |
| 3  tax refund | $1,600.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** refund scheduled on C, not on B. | | | | | |
| INT  Interest Earned (u) | Unknown | Unknown | | $1.66 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                             **Gross Value of Remaining Assets**

|  | $2,000.00 | $2,326.00 | | $2,327.66 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

04/04/2010    Small asset case based on fee return by, The Palmer law firm 800-560-8250) which was to handle a legal matter.  Received and deposited check 3.2.2010.

08.01.10  4 claims filed one priority.  There would be significant percentage disbursement to these creditors.

01.05.11  No tax return necessary.  File any claim objections.

zero balance bank statement, final account ready. 2.11.12

01/23/2011    Examine claim 4, filed as priority claim.

10/08/2011    Trinity claim paid by debtor, resubmited amended final report  (9.20.11) distributing those funds to other creditors.

10.17.11 Trinity claim 4 withdrawn.

On 11.16.11 filed amended final report.

Case final account ready (zero balanced bk account. 3.11.12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2      Exhibit 8

| **Case No.:** | 10-04901 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | SHAREEF, TAUHEEDAH | | | **Date Filed (f) or Converted (c):** | 02/09/2010 (f) |
| **For the Period Ending:** | 3/14/2012 | | | **§341(a) Meeting Date:** | 03/24/2010 |
| | | | | **Claims Bar Date:** | 07/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2010      **Current Projected Date Of Final Report (TFR):** 09/30/2011

/s/ HORACE FOX, JR.
HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 10-04901 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1368 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $2,325.58 | | $2,325.58 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $2,324.74 |
| 11/28/2011 | 5001 | Horace Fox Jr., Trustee | Trustee Compensation | 2100-000 | | $581.92 | $1,742.82 |
| 11/28/2011 | 5002 | Chase Bank USA, N.A. | Final Claim #: 1; Dividend: 71.60; Amount Allowed: 4,897.20; | 7100-000 | | $1,664.54 | $78.28 |
| 11/28/2011 | 5003 | OG&E Electric Services | Final Claim #: 2; Dividend: 1.49; Amount Allowed: 102.37; | 7100-000 | | $34.80 | $43.48 |
| 11/28/2011 | 5004 | City of Oklahoma City | Final Claim #: 3; Dividend: 1.87; Amount Allowed: 127.93; | 7100-000 | | $43.48 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $2,325.58 | $2,325.58 | $0.00 |
| **Less: Bank transfers/CDs** | $2,325.58 | $0.00 | |
| **Subtotal** | $0.00 | $2,325.58 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $2,325.58 | |

For the period of **2/9/2010** to **3/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,325.58 |
| | |
| Total Compensable Disbursements: | $2,325.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,325.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **07/25/2011** to **3/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,325.58 |
| | |
| Total Compensable Disbursements: | $2,325.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,325.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-04901 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******4901 | Transfer For Bond Payment | 9999-000 | $2.08 | | $2.08 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $2.08 | $0.00 |
| | | | **TOTALS:** | | $2.08 | $2.08 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2.08 | $0.00 | |
| | | | Subtotal | | $0.00 | $2.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $2.08 | |

| For the period of 2/9/2010 to 3/14/2012 | | For the entire history of the account between 02/17/2011 to 3/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2.08 | Total Internal/Transfer Receipts: | $2.08 |
| | | | |
| Total Compensable Disbursements: | $2.08 | Total Compensable Disbursements: | $2.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.08 | Total Comp/Non Comp Disbursements: | $2.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 10-04901 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | | Money Market Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2010 | (2) | The Palmer Firm | deposit for legal work | 1221-000 | $2,326.00 | | $2,326.00 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,326.09 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,326.19 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,326.29 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $2,326.39 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.10 | | $2,326.49 |
| 08/08/2010 | (2) | Palmer Law Firm | retainer from Palmer Law Firm | 1221-000 | $2,636.00 | | $4,962.49 |
| 08/08/2010 | (2) | DEP REVERSE: Palmer Law Firm | reveral, because entered twice | 1221-000 | ($2,636.00) | | $2,326.49 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.10 | | $2,326.59 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.10 | | $2,326.69 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.10 | | $2,326.79 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.10 | | $2,326.89 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.10 | | $2,326.99 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.10 | | $2,327.09 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.09 | | $2,327.18 |
| 03/02/2011 | | Transfer To # ******4901 | Transfer For Bond Payment | 9999-000 | | $2.08 | $2,325.10 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.10 | | $2,325.20 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,325.30 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,325.40 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $2,325.50 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.08 | | $2,325.58 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,325.58 | $0.00 |

**SUBTOTALS** $2,327.66 $2,327.66

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | Money Market Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** / **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | $2,327.66 | $2,327.66 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $2,327.66 | |
| | | | Subtotal | $2,327.66 | $0.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $2,327.66 | $0.00 | |

| For the period of 2/9/2010 to 3/14/2012 | | For the entire history of the account between 03/02/2010 to 3/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,327.66 | Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 | Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,327.66 | Total Internal/Transfer Disbursements: | $2,327.66 |

Page No: 5          Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-04901 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHAREEF, TAUHEEDAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1368 | | Money Market Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,327.66 | $2,327.66 | $0.00 |

**For the period of 2/9/2010 to 3/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $2,327.66 |
| | |
| Total Compensable Disbursements: | $2,327.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,327.66 |
| Total Internal/Transfer Disbursements: | $2,327.66 |

**For the entire history of the case between 02/09/2010 to 3/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,327.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,327.66 |
| Total Internal/Transfer Receipts: | $2,327.66 |
| | |
| Total Compensable Disbursements: | $2,327.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,327.66 |
| Total Internal/Transfer Disbursements: | $2,327.66 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.